**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00381-PSF-CBS** | FTR-Reporter Deck Courtroom A402 |
| **Date: September 15, 2006** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| PURE RESEARCH PRODUCTS, L.L.C., a division of J.A. Sichel & Associates, Inc., a Colorado corporation, | Richard A. Marsh, via telephone |
| **Plaintiff,** | |
| v. | |
| ALLERGY RESEARCH GROUP, INC., a Florida corporation, and NUTRICOLOGY, INC., a California corporation and wholly-owned subsidiary of Allergy Research Group, Inc., | Rick Edwards, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:** **TELEPHONIC STATUS CONFERENCE**
**Court in Session: 11:02 a.m.**
Court calls case. Appearance of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** **Plaintiff's Motion to Change Disclosure and Other Schedules Under Scheduling Order dated August 1, 2006 (doc. 33) is granted as follows:**

> **Discovery Cut-off is: March 30, 2007.**
> **Dispositive Motions deadline is: April 21, 2007.**
> **Parties shall designate affirmative experts on or before January 26, 2007.**
> **Parties shall designate rebuttal experts on or before February 28, 2007.**

**SETTLEMENT CONFERENCE**   is vacated and reset to :  **December 14, 2006 at 9:00 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved,  with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated  Confidential Settlement Statement  to Magistrate Judge Shaffer **on or before December 8, 2006** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

The brief  Updated Settlement Statements (15 pages or less) shall be sent via e-mail in a PDF format  to **Shaffer_Chambers@cod.uscourts.gov**   ALL  additional settlement material (*i.e.* deposition transcripts,  documents) shall be submitted to the court as hard copies.  Counsel shall indicate in their e-mail if they are  submitting additional information for the Court to read.  Any   additional material shall be delivered  to the Office of the Clerk of the Court in  an  envelope marked "PERSONAL PER MAGISTRATE   JUDGE SHAFFER'S INSTRUCTIONS"

**FINAL  PRETRIAL CONFERENCE**   is vacated and reset to:  **August 8, 2007 at 9:15 a.m.**
Final Pretrial Order is due   **no later than FIVE DAYS before the Final Pretrial Conference**
(See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in Recess:  11:17 a.m.**
Total   In-Court Time:     00:15