**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00381-PSF-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: November 8, 2007** | **Courtroom Deputy:** Ben Van Dyke |

PURE RESEARCH PRODUCTS, L.L.C.,     Richard A. Marsh, via telephone
a Division of J.A. Sichel & Associates , Inc.,
a Colorado corporation,

    **Plaintiff,**

v.

ALLERGY RESEARCH GROUP, INC.,     Rick Edwards, via telephone
a Florida corporation, and
NUTRICOLOGY, INC., a California corporation and
wholly-owned subsidiary of Allergy Research Group, Inc.,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:     2:30 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   The Joint Motion for Entry of Proposed Amended Scheduling Order [filed October 26, 2007; doc. 50] is granted.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:  **December 21, 2007.**

Discovery Cut-off:  **June 2, 2008.**

Dispositive Motions deadline:  **June 16, 2008.**

**SETTLEMENT CONFERENCE**  is set for **February 7, 2008 at 9:30 a.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before February 1, 2008** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**FINAL  PRETRIAL CONFERENCE**  is set for **October 8, 2008 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in Recess:**     **2:47 p.m.**
Total In-Court Time:    00:17