# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-00381-RPM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: July 9, 2008** | **Courtroom Deputy:** Ben Van Dyke |

PURE RESEARCH PRODUCTS, L.L.C.,     Richard A. Marsh, via telephone
a Division of J.A. Sichel & Associates , Inc.,
a Colorado corporation,

    **Plaintiff,**

v.

ALLERGY RESEARCH GROUP, INC.,     Rick Edwards, via telephone
a Florida corporation, and
NUTRICOLOGY, INC., a California corporation and
wholly-owned subsidiary of Allergy Research Group, Inc.,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTIONS HEARING**
**Court in Session:**     **8:30 a.m.**
Court calls case. Appearances of counsel.

Counsel present arguments regarding Plaintiff's Motion for Leave to File Motion for Summary Judgment [filed June 9, 2008; doc. 74].

**ORDERED:**     **Plaintiff's Motion for Leave to File Motion for Summary Judgment [filed June 9, 2008; doc. 74] is denied for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in recess:**     **9:22 a.m.**
Total time in court:     00:52