IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00381-RPM-CBS

PURE RESEARCH PRODUCTS, L.L.C.,

    Plaintiff,

v.

ALLERGY RESEARCH GROUP, INC.,
a Florida corporation; and
NUTRICOLOGY, INC.,
a California corporation and wholly-owned
subsidiary of Allergy Research Group, Inc.,

    Defendants and Third-Party Plaintiffs,

v,

JOHN A. SICHEL,

    Third-Party Defendant.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

The parties having filed motions for summary judgment, it is

ORDERED that the Order of Reference to United States Magistrate Judge entered by Judge Phillip S. Figa on March 8, 2006, is vacated and it is

FURTHER ORDERED that the October 8, 2008, pretrial conference is vacated.

DATED: September 19th, 2008.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge