IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 9, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-00381-RPM

| | |
|---|---|
| PURE RESEARCH PRODUCTS, L.L.C., | Richard Marsh |
| Plaintiff, | |
| v. | |
| ALLERGY RESEARCH GROUP, INC. and NUTRICOLOGY, INC. | Rick Edwards |
| Defendants and Third Party Plaintiffs, | |
| v. | |
| JOHN A. SICHEL, | |
| Third-Party Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Defendants' Motion For Summary Judgment**

**2:00 p.m.    Court in session.**

Court's preliminary remarks.

**ORDERED:** Defendants' Motion to Strike Exhibits Submitted By Plaintiff In Opposition To Defendants' Motion for Summary Judgment, filed July 16, 2008 [89], is denied.

**ORDERED:** Defendants' Motion To Strike Plaintiff's Late Papers Submitted In Opposition to Plaintiff's Motion for Summary Judgment, filed July 16, 2008 [90], is denied.

Court's summary of case facts.

**ORDERED:** Plaintiff's Alternative Motion For Leave To File Response To Motion For Summary Judgement At 2:48 A.M. MDT Nunc Pro Tunc On July 1, 2008, filed August 5, 2008 [92], is granted.

December 9, 2008
06-cv-00381-RPM

**ORDERED:** **Plaintiff's Motion To Supplement Record On Its Response To Defendants' Motion For Summary Judgment, filed August 5, 2008 [94], is granted.**

2:12 p.m.   Argument by Mr. Edwards.

2:31 p.m.   Argument by Mr Marsh.

2:48 p.m.   Rebuttal argument by Mr. Edwards.

**ORDERED:** **Motion for Summary Judgement, filed June 6, 2008 [73], is denied.**

Mr. Edwards acknowledges that defendants will respond to plaintiff's motion to substitute [105].

Discussion regarding scheduling.

**ORDERED:** **Pretrial conference scheduled January 23, 2009 at 2:00 p.m. Proposed pretrial order to be submitted directly to chambers by 4:00 p.m. January 15, 2009**.

**3:02 p.m.   Court in recess.**

Hearing concluded.  Total time: 1 hr. 2 min.