IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00381-RPM

PURE RESEARCH PRODUCTS, L.L.C.,

    Plaintiff,

v.

ALLERGY RESEARCH GROUP, INC.,
a Florida corporation; and
NUTRICOLOGY, INC.,
a California corporation and wholly-owned
subsidiary of Allergy Research Group, Inc.,

    Defendants and Third-Party Plaintiffs,

v,

JOHN A. SICHEL,

    Third-Party Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

This Court having determined that this case is now ready to be scheduled for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **January23, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 15, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: December 9th, 2008

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge