IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00381-RPM-CBS

PURE RESEARCH PRODUCTS, L.L.C.,

    Plaintiff,

v.

ALLERGY RESEARCH GROUP, INC.,
a Florida corporation; and
NUTRICOLOGY, INC.,
a California corporation and wholly-owned
subsidiary of Allergy Research Group, Inc.,

    Defendants and Third-Party Plaintiffs,

v.

JOHN A. SICHEL,

    Third-Party Defendant.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference on January 23, 2009, it is

ORDERED that this matter is set for trial to jury on **October 5, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

DATED: January 26th, 2009.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge