IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00381-RPM

PURE RESEARCH PRODUCTS, L.L.C.,

    Plaintiff,

v.

ALLERGY RESEARCH GROUP, INC.,
a Florida corporation; and
NUTRICOLOGY, INC.,
a California corporation and wholly-owned
subsidiary of Allergy Research Group, Inc.,

    Defendants and Third-Party Plaintiffs,

v.

JOHN A. SICHEL,

    Third-Party Defendant.
_____

ORDER SETTING SECOND PRETRIAL CONFERENCE
_____

Pursuant to the pretrial conference on January 23, 2009, it is

ORDERED that a second pretrial conference is scheduled for **September 29, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **September 24, 2009.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

DATED: August 19th, 2009.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge