IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00381-RPM

PURE RESEARCH PRODUCTS, L.L.C.,

    Plaintiff,
v.

ALLERGY RESEARCH GROUP, INC.,
a Florida corporation; and
NUTRICOLOGY, INC.,
a California corporation and wholly-owned
subsidiary of Allergy Research Group, Inc.,

    Defendants and Third-Party Plaintiffs,
v.

JOHN A. SICHEL,

    Third-Party Defendant.
_____

ORDER TO SUBMIT PROPOSED JURY INSTRUCTIONS AND VOIR DIRE QUESTIONS
_____

Upon review of the proposed final pretrial order, submitted on September 24, 2009 and in anticipation of the second pretrial conference to be held on September 29, 2009, it is

ORDERED that counsel shall submit by facsimile transmission their respective proposed jury instructions, exclusive of stock instructions, and proposed voir dire questions by 3:00 p.m. (MDT) Monday, September 28, 2009.  The facsimile transmission number for chambers is 303-335-2311.

DATED: September 25th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge