**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: October 5, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-00381-RPM

PURE RESEARCH PRODUCTS, L.L.C., and                    Richard A. Marsh
JOHN A. SICHEL,                                        William G. Knapp, III

      Plaintiffs,

v.

ALLERGY RESEARCH GROUP, INC.,                          Rick Edwards
                                                       Robert J. Enders, Jr.
      Defendant.

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day One**

**8:30 a.m.      Court in session.**

Court's preliminary remarks.

Court states its trial procedures.

8:40 a.m.     Jurors present.

Court's preliminary remarks to jurors.

Court's statement of the case to jurors.

All jurors sworn for voir dire.

Court voir dires jurors.

Court excuses for cause jurors:

      100195392
      100193898
      100190611

October 5, 2009
06-cv-00381-RPM

      100186749
      100167152

10:52 a.m. to 10:55 a.m.    **Bench conference**: with the exception of two additional questions to Juror 100161966, counsel pass jurors for cause.

Voir dire continued.

Plaintiffs' challenges:

      100176030
      100186104
      100181393

Defendant's challenges:

      100197620
      100185795
      100191668

Twelve jurors selected to try the case:

      100197044
      100179735
      100189039
      100161966
      100176664
      100179422
      100168463
      100177922
      100192697
      100181392
      100183457
      100161805

Court instructs jurors.
Jurors excused.

**ORDERED:**    Plaintiffs' Motion for Reconsideration of Order Allowing FDA Labeling Requirements, filed October 2, 2009 [[127]. Court clarifies its previous order, "limited purpose of evidence" as stated on record.

**11:08 a.m.**    **Court in recess.**
**11:31 a.m.**    **Court in session.**

October 5, 2009
06-cv-00381-RPM

Jurors present.

Twelve jurors sworn to try the case.

11:35 a.m.     Plaintiffs' opening statement by Mr. Marsh.

Court instructs jurors.
Jurors excused.

**12:00 p.m.     Court in recess.**
**1:15 p.m.      Court in session.**

Jurors present.

Court instructs jurors.

1:19 p.m.      Defendant's opening statement by Mr. Edwards.

1:55 p.m.      Plaintiffs' witness, Luba Shynkarenko, Ph.D., sworn.

Direct examination of Dr. Shynkarenko by Mr. Marsh.

Court instructs jurors.
Jurors excused.

**2:39 p.m.     Court in recess.**
**2:53 p.m.     Court in session.**

Argument by Mr. Marsh regarding Plaintiffs' Exhibits 221, 222, 223 and 224.

Argument by Mr. Edwards.

**ORDERED:    Defendant's objection to Plaintiffs' Exhibits 221, 222, 223 and 224 sustained.**

Jurors present.

3:03 p.m.      Continued direct examination of Dr. Shynkarenko by Mr. Marsh.

**Plaintiffs' Exhibit 43 identified, offered, stipulated and received.**

Court instructs jurors.
Jurors excused.

Argument by Mr. Marsh re: Dr. Shynkarenko expert report.

October 5, 2009
06-cv-00381-RPM

Argument by Mr. Edwards (Defendant's objection).

**ORDERED:   Defendant's objection is sustained** (not in report then not in evidence).

Jurors present.

| | |
|---|---|
| 3:44 p.m. | Continued direct examination of Dr. Shynkarenko by Mr. Marsh. |
| 3:47 p.m. | Cross examination of Dr. Shynkarenko by Mr. Edwards. |
| 4:02 p.m. | Redirect examination of Dr. Shynkarenko by Mr. Marsh. |
| 4:10 p.m. to 4:13 p.m. | **Bench conference**: scheduling. |
| 4:15 p.m. | Plaintiff, John Sichel, sworn. |

Direct examination of Mr. Sichel by Mr. Knapp.

Court instructs jurors.
Jurors excused until 9:00 a.m. October 6, 2009.

**4:30 p.m.   Court in recess.**

Clerk's Note: Redacted Strike Sheet attached.

Trial continued.  Total time: min. 6 hrs. 45 min.