IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 06-cv-00381-RPM

PURE RESEARCH PRODUCTS, L.L.C.,

        Plaintiff,

v.

ALLERGY RESEARCH GROUP, INC., d/b/a
NUTRICOLOGY

        Defendant.

_____

ORDER CORRECTING ORDER DENYING PLAINTIFF'S POST-VERDICT MOTIONS
_____

In the Order Denying Plaintiff's Post-Verdict Motions entered on December 15, 2009, the next to the last sentence of the third paragraph reads: "In the course of negotiations, Mr. Sichel suggested that ARG use the name Del-Immune for its marketing and sales to its channels of commerce while he used Del-Immune V."  It is now

ORDERED that the sentence is corrected to read as follows: "In the course of negotiations, Mr. Sichel suggested that ARG use the name Delta Immune for its marketing and sales to its channels of commerce while he used Del-Immune V."

DATED: December 17th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge