IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 06-cv-00381-RPM

PURE RESEARCH PRODUCTS, L.L.C.,

       Plaintiff,

v.

ALLERGY RESEARCH GROUP, INC., d/b/a
NUTRICOLOGY

       Defendant.

_____

ORDER CORRECTING ORDER DENYING PLAINTIFF'S POST-VERDICT MOTIONS
_____

       In the Order Denying Plaintiff's Post-Verdict Motions entered on December 15, 2009, the last sentence of the first paragraph on page 4 reads: "Counsel for PRP then abruptly notified ARG that it must cease and desist the use of the Del Immune label and threatened its customers after the filing of this action."  It is now

       ORDERED that the sentence is corrected to read as follows: "Counsel for PRP then abruptly notified ARG that it must cease and desist the use of the Delta Immune label and threatened its customers after the filing of this action."

       DATED: December 17th, 2009

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge